[No. 60911-4-I. Division One. April 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JAMES HILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03980-1, Paris K. Kallas, J., entered November 13, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Dwyer and Leach, JJ.

[No. 61132-1-I. Division One. April 20, 2009.]

LORENZO BARTLETT ET AL., *Appellants*, v. ROBERT P. RIEGER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 04-2-01561-1, Dave Needy, J., entered December 7, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Leach, J.

[No. 61196-8-I. Division One. April 20, 2009.]

SEAFIVE PROPERTIES, LLC, *Respondent*, v. BETTY FORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-20211-1, Roderick S. Simmons, J. Pro Tem., entered January 14, 2008. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 61207-7-I. Division One. April 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ZAHID A. KHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-02449-7, Kenneth L. Cowsert, J., entered January 25, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.